UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFIO GANGEMI III,

Plaintiff,

-against-

PETER KLEIN; ANGELIKA KLEIN,

Defendants.

25-cv-7377 (GBD)

CIVIL JUDGMENT

For the reasons stated in the October 5, 2026, Order, this action is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 9, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge